Mark Curry, Appellant, v. N. L. Blackman Realty Company, Inc. et al., Appellees.

Gen. No. 46,218. (Abstract of Decision.)

Braden, Hall, Barnes & Moss, for appellant; Zedrick T. Braden, and Lymus Wallace, of counsel; Rissman & Lipton, for appellees. Opinion by JUSTICE ROBSON. Not to be published in full. Opinion filed May 11, 1954; rehearing denied May 25, 1954; released for publication June 3, 1954.

Ford Hayes, Appellee, v. United Appliance and Furniture Company, Inc., on Appeal of Charles Markel, Trading as United Appliance and Furniture Company, Inc., Appellant.

Gen. No. 46,244. (Abstract of Decision.)

Erwin H. Greenberg, for appellant; no appearance for appellee. Opinion by JUSTICE ROBSON. Not to be published in full. Opinion filed May 11, 1954; released for publication June 3, 1954.

## Cool Ray Aluminum Awning Corporation, Appellant, v. Charles F. Madary and Anna G. Madary, Appellees.

### Gen. No. 46,290. (Abstract of Decision.)

Samuel Blair, for appellant; no appearance for appellees. Opinion by JUSTICE TUOHY. Not to be published in full. Opinion filed May 11, 1954; released for publication June 3, 1954.